RECEIVED
IN ALEXANDRIA, LA.

SEP 3 0 2009

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| RICHARD HILL | CIVIL ACTION NO. 09-0402 |
| VERSUS | DISTRICT JUDGE JAMES T. TRIMBLE JR |
| WINN CORRECTIONAL CENTER, et al | MAGISTRATE JUDGE JAMES D. KIRK |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the entire record, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Hill's medical care claim regarding a delay in hernia surgery and claim regarding his disciplinary conviction and ten days in segregation are DENIED and DISMISSED WITH PREJUDICE under 28 U.S.C. §1915(e)(2)(B).

IT IS FURTHER ORDERED that Hill's claims against CCA, CCA-Tennessee, WCC and the Disciplinary Officer Board are DENIED and DISMISSED WITH PREJUDICE under 28 U.S.C. §1915(e)(2)(B).

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 30th day of September 2009.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE